UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| GUY HARTNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTERN RECREATIONAL VEHICLES, INC., WILDERNESS WESTERN HOLDINGS, INC., GUARANTY RV, INC., RONALD DOYLE, WILLIAM DOYLE, and DOES 1 to 50,<br><br>　　　　Defendants. | Case No.: SACV08-00492 DOC (RNBx)<br><br>JUDGMENT IN FAVOR OF DOYLE DEFENDANTS AND AGAINST PLAINTIFF HARTNETT<br><br>DATE:　March 17, 2009<br>TIME:　10:00 a.m.<br>ROOM:　9D<br><br>Honorable David O. Carter |

　　THIS MATTER came before the Court on March 16, 2009. The Court having reviewed:

　　1.　Doyle Defendants' Notice of Hearing and Motion for Summary Judgment;

　　2.　Doyle Defendants' Memorandum of Points and Authorities;

3. Second Declaration of Scott A.W. Johnson in Support of Doyle Defendants' Motion for Summary Judgment;

4. Second Declaration of Ronald A. Doyle in Support of Doyle Defendants' Motion for Summary Judgment;

5. Doyle Defendants' Separate Statement of Uncontroverted Facts and Conclusions of Law;

6. Doyle Defendants' Proposed Order;

7. Opposition filed by plaintiff Guy Hartnett;

8. Reply pleadings filed; and

9. The pleadings and files of record.

Having heard oral argument, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Ronald A. Doyle and W.S. Doyle and against Guy Hartnett. The Court finds that Western Wilderness Holdings, Inc. is not the alter ego of the Doyles. Accordingly, the Court dismisses Mr. Hartnett's claims against Ronald A. Doyle and W.S. Doyle Jr. for lack of personal jurisdiction.

DATED this 26th day of March, 2009.

_David O. Carter_
The Honorable David O. Carter
United States District Court Judge

1  Presented by:

2  FREEMAN, FREEMAN & SMILEY, LLP

3

4

5  By:     /s/   Curtis A. Graham
Curtis A. Graham (Bar No. 89755)
6  3415 Sepulveda Boulevard, #1200
Los Angeles, California 90034-6060
7  Telephone: (310) 255-6100
Facsimile: (310) 391-4042
8  Email: cag@ffslaw.com

9  STOKES LAWRENCE, P.S.
Scott A.W. Johnson (WSBA #15543)
10 800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
11 Telephone: (206) 626-6000
Facsimile: (206) 464-1496
12 Email:  sawj@stokeslaw.com
*admitted pro hac vice
13

14 Attorneys for Defendants Ronald Doyle and W.S. Doyle, Jr.

15

16

17

18

19

20

21

22

23

24

25

26

27

939323.1/21319-800

3

JUDGMENT IN FAVOR OF DOYLE DEFENDANTS
AND AGAINST PLAINTIFF HARTNETT