1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GUY HARTNETT,<br>          Plaintiff,<br><br>vs.<br><br>WESTERN RECREATIONAL VEHICLES, INC., WILDERNESS WESTERN HOLDINGS, INC., GUARANTY RV, INC., RONALD DOYLE, WILLIAM DOYLE, and DOES 1 TO 50,<br><br>          Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. SACV08-00492 DOC (RNBx)<br><br>JUDGMENT IN FAVOR OF DEFENDANT GUARANTY RV AND AGAINST PLAINTIFF GUY HARTNETT<br><br>DATE:  MARCH 16, 2009<br>TIME:  8:30 a.m.<br>CTRM: 9D<br><br>Honorable David O. Carter |

On March 16, 2009, on the Court's regular 8:30 a.m. law and motion calendar, Defendant Guaranty RV, Inc.'s Motion for Summary Judgment came on for hearing before the Honorable David O. Carter, United States District Court Judge. Appearing for moving party and defendant Guaranty RV was Lawrence W. Miles, Jr. Appearing for Plaintiff Guy Hartnett was Jeffrey Kane.

The Court finds that notice was proper, and the Motion is properly before the Court. Having considered all the pleadings on file herein, including both Plaintiff and Defendant's Points and Authorities, Declarations and exhibits, and such other and further arguments as the parties have made, the Court finds that Plaintiff is not a "buyer" within the meaning of the Song-Beverly Warranty Act. Therefore, neither the Act nor the Magnuson-Moss Warranty Act apply and cannot serve as the basis for recovery under the First, Second, or Fifth Claims for Relief as alleged by Plaintiff. Accordingly, Defendant Guaranty RV is entitled to summary judgment on all claims for relief as a matter of law and the Court hereby grants the motion for summary judgment.

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that Judgment is entered in favor of Defendant Guaranty RV, Inc. and against Plaintiff Guy Hartnett.

Date: April 30, 2009

_____
The *David O. Carter*
United States District Court Judge

Presented by:
THE MILES LAW FIRM

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | By:    /s/ Lawrence W. Miles, Jr. |
| | Lawrence W. Miles, Jr. (Bar No. 95522) |
| 4 | 3838 Watt Avenues, Suite C-301 |
| 5 | Sacramento, California 95821 |
| | Telephone: (916) 973-9674 |
| 6 | Facsimile: (916) 973-9684 |
| 7 | Email: larry@milesfirm.com |
| 8 | |
| | Attorneys for Defendant Guaranty RV, Inc. |
| 9 | |