UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| GUY HARTNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTERN RECREATIONAL VEHICLES, INC., WILDERNESS WESTERN HOLDINGS, INC., GUARANTY RV, INC., RONALD DOYLE, WILLIAM DOYLE, and DOES 1 to 50,<br><br>    Defendants. | Case No.: SACV08-00492 DOC (RNBx)<br><br>AMENDED JUDGMENT IN FAVOR OF DOYLE DEFENDANTS AND AGAINST PLAINTIFF HARTNETT<br><br>Honorable David O. Carter |

    THIS MATTER came before the Court on May 1, 2009.

    On March 26, 2009, the Court entered judgment in favor of Ronald A. Doyle and W.S. Doyle and against Guy Hartnett. The Court found that Western Wilderness Holdings, Inc. is not the alter ego of the Doyles. Accordingly, the Court dismissed Mr. Hartnett's claims against Ronald A. Doyle and W.S. Doyle Jr. for lack of personal jurisdiction.

1  On April 9, 2009, Ronald A. Doyle and W.S. Doyle filed a Motion for
2  Attorneys Fees and Costs and a Notice of Application to the Clerk to Tax Costs,
3  which was scheduled for hearing on May 4, 2009.
4  The Court has reviewed:
5  1.  Doyle Defendants' Note for Motion; Motion for Attorneys Fees and
6  Costs and Memorandum of Points and Authorities in Support of Motion for
7  Attorney's Fees and Costs;
8  2.  Doyle Defendants Notice of Application to the Clerk to Tax Costs;
9  3.  Plaintiff's Opposition to Defendant's Motion for Attorney Fees and
10  Costs; Memorandum of Points and Authorities;
11  4.  Plaintiff's Opposition to The Doyle Defendants' Application to Tax
12  Costs and Objections to Defendants' Bill of Costs;
13  5.  Plaintiff's Evidentiary Objections and Motion to Strike Evidence
14  Submitted by Defendants on Their Motion for Attorney Fees and Costs;
15  5.  Ronald Doyle and W.S. Doyle, Jr.'s Reply Memorandum in Support
16  of Motion for Attorney's Fees and Costs and Opposition to Plaintiff's Motion to
17  Strike;
18  6.  Ronald Doyle and W.S. Doyle, Jr.'s Response to Plaintiff's
19  Evidentiary Objections to Defendant's Application to Court to Tax Costs and
20  Proposed Bill of Costs; and
21  7.  The pleadings and files of record.
22  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the
23  Judgment entered on March 26, 2009 in favor of Ronald A. Doyle and W.S. Doyle
24  and against Guy Hartnett shall be and hereby is amended to include Judgment in
25  favor of Ronald A. Doyle and W.S. Doyle and against Guy Hartnett for attorneys'
26  fees in the amount of $144,038 and costs in the amount of $3,728, and that Ronald
27

967071.1/21270-800

2

JUDGMENT IN FAVOR OF DOYLE DEFENDANTS
AND AGAINST PLAINTIFF HARTNETT

A. Doyle and W.S. Doyle may proceed to execute on such Judgment against Guy Hartnett forthwith.

DATED this 11th day of June, 2009.

*/s/ David O. Carter*

The Honorable David O. Carter
United States District Court Judge

Presented by:

FREEMAN, FREEMAN & SMILEY, LLP

By: ___/s/ Curtis A. Graham___
Curtis A. Graham (Bar No. 89755)
3415 Sepulveda Boulevard, #1200
Los Angeles, California 90034-6060
Telephone: (310) 255-6100
Facsimile: (310) 391-4042
Email: cag@ffslaw.com

STOKES LAWRENCE, P.S.
Scott A.W. Johnson (WSBA #15543)
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
Telephone: (206) 626-6000
Facsimile: (206) 464-1496
Email: sawj@stokeslaw.com
*admitted pro hac vice*

Attorneys for Defendants Ronald Doyle and W.S. Doyle, Jr.