# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GUY HARTNETT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WESTERN RECREATIONAL VEHICLES, INC., WILDERNESS WESTERN HOLDINGS, INC., GUARANTY RV, INC., RONALD DOYLE, WILLIAM DOYLE, and DOES 1 TO 50,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. SACV08-00492 DOC (RNBx)<br><br>**AMENDED JUDGMENT IN FAVOR OF DEFENDANT GUARANTY RV AND AGAINST PLAINTIFF GUY HARTNETT**<br><br>Honorable David O. Carter |

On April 30, 2009, the Court entered judgment in favor of Defendant Guaranty RV, Inc. and against Plaintiff Guy Hartnett.  The Court found that neither the Song-Beverly Warranty Act nor the Magnuson-Moss Warranty Act apply against Defendant Guaranty RV, Inc. and therefore cannot serve as the basis for recovery under the First, Second, or Fifth Claims for Relief as alleged by Plaintiff.

On May 5, 2009, Guaranty RV, Inc. filed a Motion for Attorneys Fees and a Notice Application to the Clerk to Tax Costs.

The Application to the Clerk to Tax Costs was scheduled for hearing by the Clerk on Friday, May 22, 2009.  There was no objection to the Application to Tax Costs and the Clerk taxed the costs in the amount of $551.02.

The  Motion for Attorneys Fees was scheduled for hearing on June 1, 2009.

The Court finds that notice was proper, and the Motion is properly before the Court.  Having considered the moving and opposing papers, the Court finds that attorneys' fees are appropriate for Defendant Guaranty RV and the requested attorneys' fees of $86,410.00 are reasonable.

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED** that the Judgment entered on April 30, 2009 in favor of Defendant Guaranty RV, Inc. and against Plaintiff Guy Hartnett shall be and hereby is amended to include Judgment in favor of Guaranty RV, Inc. and against Plaintiff Guy Hartnett for attorney's fees in

the amount of $86,410.00 and costs in the amount of $551.02, and that Guaranty RV, Inc. may proceed to execute on such Judgment against Guy Hartnett forthwith.

DATED:    June 11, 2009

_____
The Honorable David O. Carter
United States District Court Judge

Presented by:
THE MILES LAW FIRM

By:      /s/ Lawrence W. Miles, Jr.
Lawrence W. Miles, Jr. (Bar No. 95522)
3838 Watt Avenues, Suite C-301
Sacramento, California 95821
Telephone: (916) 973-9674
Facsimile: (916) 973-9684
Email: larry@milesfirm.com

Attorneys for Defendant Guaranty RV, Inc.